1  Charles M. Dyke (SBN 183900)
   Sean T. Strauss (SBN 245811)
2  TRUCKER HUSS
   A Professional Corporation
3  One Embarcadero Center, 12th Floor
   San Francisco, California  94111
4  Telephone:     (415) 788-3111
   Facsimile:      (415) 421-2017
5  E-mail:          cdyke@truckerhuss.com
                     sstrauss@truckerhuss.com
6  Attorneys for Defendant
   KAISER FOUNDATION HEALTH PLAN, INC.,
7

8  Roberta H. Vespremi (SBN 225067)
   MORGAN, LEWIS & BOCKIUS LLP
9  One Market, Spear Street Tower
   San Francisco, CA 94105-1596
10 Telephone:      415.442.1465
   Facsimile:       415.442.1001
11 E-mail:           rvespremi@morganlewis.com
   Attorneys for Defendant
12 THE VANGUARD GROUP, INC.

13
   Rodel E. Rodis (SBN 95965)
14 LAW OFFICES OF RODEL E. RODIS
   2429 Ocean Avenue
15 San Francisco, CA  94127
   Telephone:      (415) 334-7800
16 Facsimile:       (415) 334-7855
   Email:            rodel50@aol.com
17
   Attorneys for Plaintiff
18 LOLITA MORADA

19                   UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
20                         SAN FRANCISCO DIVISION

21 | LOLITA MORADA,                                          | Case No. 3:13-cv-05942-JCS |
22 |                     Plaintiff,                          | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
23 |     vs.                                                 | |
24 | KAISER FOUNDATION HEALTH PLAN,                          | |
25 | INC., a California Corporation; THE                     | |
   | VANGUARD GROUP, INC.,; and DOES 1 to                    | |
26 | 100, Inclusive,                                         | |
27 |                     Defendants.                         | |
28

WHEREAS, Plaintiff originally filed the Complaint in this action in California Superior Court, County of San Francisco, on September 24, 2013, and served Defendants with the Complaint and Summons on November 25, 2013;

WHEREAS, Defendants removed the action from Superior Court on December 23, 2013, and, under Federal Rule of Civil Procedure 81(c), now have until December 30, 2013, to respond to the Complaint;

WHEREAS, the parties believe they have a basis on which to reach a settlement of this matter in its entirety and, to facilitate such discussions, wish to extend the time for Defendants Kaiser Foundation Health Plan, Inc. ("Kaiser") and The Vanguard Group, Inc. ("Vanguard") to respond to the Complaint.

NOW, THEREFORE, under Local Rule 6-1(a), Plaintiff Lolita Morada hereby stipulates and agrees that the deadline for Defendants to answer or otherwise respond to the Complaint shall be and hereby is extended 60 days, until **February 28, 2014**. This change does not alter any event or deadline already fixed by Court order.

**IT IS SO STIPULATED.**

DATED: December 27, 2013          TRUCKER ✦ HUSS

                                  By: /s/Charles M. Dyke
                                      Charles M. Dyke
                                      Attorneys for Defendant
                                      KAISER FOUNDATION HEALTH PLAN, INC.

DATED: December 27, 2013          MORGAN, LEWIS & BOCKIUS LLP

                                  By: /s/Roberta H. Vespremi
                                      Roberta H. Vespremi
                                      Attorneys for Defendant
                                      THE VANGUARD GROUP, INC.

DATED: December 27, 2013          LAW OFFICES OF RODEL E. RODIS

                                  By: /s/Rodel E. Rodis
                                      Rodel E. Rodis
                                      Attorney for Plaintiff
                                      LOLITA MORADA

I attest that my firm has obtained Mr. Rodis' and Ms. Vespremi's concurrence in the filing of this document.

DATED: December 27, 2013           TRUCKER ✦ HUSS

By: /s/ Charles M. Dyke
Charles M. Dyke
Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

Dated: 1/6/14

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California  94111

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; Case No. 3:13-cv-05942-JCS        2

#1394033