Rodel E. Rodis, Esq. (SBN 95965)
LAW OFFICES OF RODEL E. RODIS
2429 Ocean Avenue
San Francisco, CA 94127
Telephone:   (415) 334-7800
Facsimile:   (415) 334-7855
Email:       rodel50@aol.com

Attorney for Plaintiff
LOLITA MORADA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOLITA MORADA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation; THE VANGUARD GROUP, INC.,; and DOES 1 to 100, Inclusive,<br>　　　　　Defendants. | Case No. 3:13-cv-05942-JCS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL <u>WITH PREJUDICE</u> PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Action Filed:　September 24, 2013<br>　　　　　　　　(in State Court)<br><br>Action Removed: December 23, 2013 |

**PLEASE TAKE NOTICE** that Plaintiff LOLITA MORADA ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *with prejudice* as to Defendants Kaiser Foundation Health Plan, Inc. and The Vanguard Group, Inc.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**

**(1)** *By the Plaintiff.*

**(A)** *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

**(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

\*   \*   \*

Defendants have not filed their answers to Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

Dated: May 7, 2014                                         LAW OFFICES OF RODEL E. RODIS

By: _____
**Rodel E. Rodis**
Attorney for Plaintiff
LOLITA MORADA

## CERTIFICATE OF SERVICE

I, Rodel E. Rodis, an attorney, certify that on May 7, 2014, I served the above and foregoing *Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)*, by causing true and accurate copies of such paper to be filed and transmitted to the persons shown below via the Court's CM/ECF electronic filing system, on this 7th day of May, 2014.

Charles M. Dyke, Esq.
TRUCKER HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
cdyke@truckerhuss.com

*(Attorneys for Defendant Kaiser Foundation Health Plan, Inc.)*

Roberta H. Vespremi, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
rvespremi@morganlewis.com
*(Attorney for Defendant The Vanguard Group, Inc.)*

Rodel E. Rodis

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
Case No. 3:13-cv-05942-JCS